

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00388-CV

TEXAS DEPARTMENT OF PUBLIC SAFETY, APPELLANT

V.

MARIA L. TORRES, APPELLEE

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. DC-2023-CV-0741, Honorable J. Phillip Hays, Presiding

December 9, 2025

ORDER OF ABATEMENT

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Texas Department of Public Safety, appeals from the trial court's judgment. Now pending before the Court is Appellant's agreed motion to abate the appeal for ninety days to finalize a proposed settlement agreement between the parties.

To expedite the disposition of this appeal and in the interest of conservation of judicial resources, we grant the motion, abate the appeal, and stay all further proceedings. The cause will be removed from this Court's active docket and treated as a suspended case. All appellate deadlines are hereby suspended until further order of the Court.

The parties are directed to file a status report of their settlement negotiations with the Clerk of this Court within ninety days of this order. Should the parties finalize a settlement agreement within ninety days and seek to dismiss this appeal, Appellant shall file a motion to dismiss in compliance with Rule of Appellate Procedure 42.1(a).

It is so ordered.

Per Curiam